478 A.2d 133

Commonwealth v. Greenlee, Appellant.

Petition for Allowance of Appeal Denied March 8, 1985.

Submitted February 27, 1984. John A. Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WICKERSHAM and HOFFMAN, JJ.

Affirmed in part and vacated in part.

478 A.2d 133

Commonwealth v. Kehl, Appellant.

Submitted April 30, 1984. Scott W. Naus, Public Defender, for appellant; Gailey C. Keller, District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WIEAND and CIRILLO, JJ.

Order affirmed.